# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Janette Luna,   Civil No. 12-1059 (RHK/JJG)

      Plaintiff,   **ORDER**

v.

Convergent Outsourcing, Inc.,
d/b/a ER Solutions, Inc.,

      Defendant.

---

Pursuant to the parties' Stipulation to Dismiss Without Prejudice (Doc. No. 11), **IT IS ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 26, 2012

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge